IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____


This Document Relates to Plaintiff(s)

Dawanna Reaves, Individually and as Successor-In-Interest to Jonathan Reaves, Deceased
_____

Civil Case # 1:17-cv-00478 _____

_____

## FIRST AMENDED SHORT FORM COMPLAINT

_____

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants

named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document

213).  Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Jonathan Reaves
   _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium

   claim:

   Dawanna Reaves
   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Dawanna Reaves, Successor-In-Interest to Jonathan Reaves, Deceased
   _____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Alabama
   _____

1

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

    Alabama

6.  Plaintiff's/Deceased Party's current state of residence:

    Alabama

7.  District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the Northern District of Alabama

8.  Defendants (Check Defendants against whom Complaint is made):

    ☑   Cook Incorporated

    ☑   Cook Medical LLC

    ☑   William Cook Europe ApS

9.  Basis of Jurisdiction:

    ☑   Diversity of Citizenship

    ☐   Other: _____

    a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    23

    N/A

    _____

    b.  Other allegations of jurisdiction and venue:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☑ Günther Tulip® Vena Cava Filter

☐ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of Implantation as to each product:

May 15, 2009

12. Hospital(s) where Plaintiff was implanted (including City and State):

UAB Hospital; Birmingham, AL

13. Implanting Physician(s):

Dr. Marc A. Passman

14. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I:      Strict Products Liability – Failure to Warn

☑ Count II:     Strict Products Liability – Design Defect

☑ Count III:    Negligence

☑ Count IV:     Negligence Per Se

3

☑   Count V:       Breach of Express Warranty

☑   Count VI:      Breach of Implied Warranty

☑   Count VII:     Violations of Applicable __Alabama_____ (insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☑   Count VIII:    Loss of Consortium

☐   Count IX:      Wrongful Death

☐   Count X:       Survival

☑   Count XI:      Punitive Damages

☐   Other:         _____ (please state the facts supporting

this Count in the space, immediately below)

☐   Other:         _____ (please state the facts supporting

this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

Jennifer Nolte; Allen & Nolte, PLLC
_____

16.  Address and bar information for Attorney for Plaintiffs

Respectfully submitted,

**ALLEN & NOLTE, PLLC**

 /s/ Jennifer Nolte_____
John H. "Trey" Allen, III - Trial/Lead Counsel
Texas Bar No. 00788798
Jennifer Nolte
Texas Bar No.:  24007755
5445 La Sierra Drive, Suite 350
Dallas, Texas 75231
Telephone:  (214) 521-2300
Facsimile:  (214) 452-5637
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2020 , a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ Jennifer Nolte_____