IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to:

Name: Reaves, Jonathan (estate) Case No. 1:17-cv-00478
Name: Seace, Brent Case No. 1:20-cv-06183
Name: Bentley, Brian Case No. 1:20-cv-06301

> ACKNOWLEDGED. Cases are dismissed with prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 3/05/2024

**STIPULATED DISMISSAL WITH PREJUDICE**

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: February 5, 2024

| **ALLEN & NOLTE, PLLC** | **Faegre Drinker Biddle & Reath, LLP** |
|---|---|
| By:  /s/ Jennifer Nolte<br>   Jennifer Nolte<br>   5445 La Sierra Drive<br>   Suite 350<br>   Dallas, TX 75231<br>   214-521-2300<br>   Fax: 214-452-5637<br>   Email: jnolte@allennolte.com | By:  /s/ Kip S.M. McDonald<br>   Kip S.M. McDonald<br>   300 North Meridian Street, Suite 2500<br>   Indianapolis, IN 46204<br>   Phone: (317) 237-0300<br>   Fax: (317) 237-1000<br>   kip.mcdonald@faegredrinker.com |